BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JAMES E. FLYNN
Supervising Deputy Attorney General
BARBARA A. MORRIS (SBN 137680)
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 322-3870
  Fax:  (916) 324-5205

Attorneys for Defendants Warren,
Mason, Scribner, Gutierrez and Rivera
48149286-SA2005101857

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DOMINGO RAMIREZ,** | CASE NO. CIV F-04-6418 OWW DLB P |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS** |
| v. | |
| **A.K. SCRIBNER, et al.,** | |
| Defendants. | Judge:  Hon. Oliver W. Wanger |

**IT IS HEREBY ORDERED THAT**:  good cause having been shown, Defendants shall have until Monday, October 3, 2005, in which to serve their responses to Plaintiff's First Request for Production of Documents.

    IT IS SO ORDERED.

    Dated:   **September 1, 2005**                               /s/ Dennis L. Beck

1

*[Proposed] Order Granting Defendants' Request for an Extension of Time*
*to Respond to Plaintiff's Discovery Requests*

3c0hj8                                  UNITED STATES MAGISTRATE JUDGE