IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DOMINGO RAMIREZ,** | CASE NO. CIV F-04-6418 OWW DLB P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S REQUESTS FOR ADMISSIONS** |
| v. | |
| **A.K. SCRIBNER, et al.,** | |
| Defendants. | Judge:  Hon. Dennis L. Beck |

**IT IS HEREBY ORDERED THAT**:  good cause having been shown, Defendants shall have until Monday, November 28, 2005 in which to serve their responses to Plaintiff's First Request for Admissions.

BAM:js

1

*[Proposed] Order Granting Defendants' Request For an Extension of Time in Which To respond to Plaintiff's Requests for Admissions*

1     IT IS SO ORDERED.

2     **Dated:   October 31, 2005**            **/s/ Dennis L. Beck**
    3c0hj8                                                         UNITED STATES MAGISTRATE JUDGE

2

*[Proposed] Order Granting Defendants' Request For an Extension
of Time in Which To respond to Plaintiff's Requests for Admissions*