UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO RAMIREZ,<br><br>              Plaintiff,<br><br>       v.<br><br>A.K. SCRIBNER, et.al.,<br><br>              Defendants. | CV F 04 6418 OWW DLB P<br><br>ORDER DIRECTING DEFENDANTS TO<br>ENSURE SERVICE OF PLAINTIFF<br>[DOC # 41] |

     Plaintiff, is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On November 14, 2005, plaintiff filed a motion to direct defendants to serve plaintiff with all documents filed. In his motion, plaintiff represents that he has not been receiving copies of documents filed by defendants.

     Review of Defendants' proof of service reveals that they have been serving plaintiff at the following address:

> Domingo Joseph Ramirez
> California State Prison, Corcoran
> P.O. Box 8800
> Corcoran, CA 93212

///

///

///

///

1

However, the Court's docket reveals the following address for service:

**Domingo Joseph Ramirez**
D-44841
CSP-10
Corcoran State Prison
PO Box 3476
Corcoran, CA 93212
PRO SE

Because plaintiff has not experienced any problems in receiving documents served by the Court, defendants should ensure that they are using the same service address for plaintiff as the Court.

IT IS SO ORDERED.

Dated:   **November 16, 2005**                       **/s/ Dennis L. Beck**
3c0hj8                                                                    UNITED STATES MAGISTRATE JUDGE