BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JENNIFER A. NEILL
Supervising Deputy Attorney General
BARBARA A. MORRIS, State Bar No. 137680
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-3870
 Fax: (916) 324-5205

Attorneys for Defendants Gutierrez, Mason, Rivera, Scribner and Warren
SA2005101857

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DOMINGO RAMIREZ,**<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>**A.K. SCRIBNER, et al.,**<br><br>　　　　　　　　Defendants. | CASE NO. CIV F-04-6418 OWW DLB P<br><br>**ORDER GRANTING DEFENDANT MASON AN EXTENSION OF TIME TO RESPOND TO DISCOVERY** |

**IT IS HEREBY ORDERED THAT:** good cause having been shown, Defendant Mason shall have until Wednesday, December 7, 2005, in which to serve his responses to Plaintiff's Requests for Admissions, First Set, and Interrogatories served on or about October 17, 2005.

[Proposed] Order Granting Extension of Time for Sgt. Mason to Serve Discovery Responses
1

| | |
|---|---|
| 1 | 04pc6418.extTamhdezadm.wpd IT IS SO ORDERED. |
| 2 | **Dated:** **November 28, 2005**         **/s/ Dennis L. Beck**  |
|   | 3c0hj8                                    UNITED STATES MAGISTRATE JUDGE |