1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  DAVID A. CARRASCO
   Supervising Deputy Attorney General
5  BARBARA A. MORRIS (SBN 137680)
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone:  (916) 322-3870
8    Fax:  (916) 324-5205

9  Attorneys for Defendants Gutierrez,
   Mason, Rivera, Scribner and Warren
10 SA2005101857

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DOMINGO RAMIREZ,** | CASE NO. 1:04-cv-6418-OWW-DLB (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL** |
| v. | |
| **A.K. SCRIBNER, et al.,** | |
| Defendants. | |

**IT IS HEREBY ORDERED THAT**:  good cause having been shown, Defendants shall have up to and including February 7, 2006, in which to file and serve an opposition to Plaintiff's motion to compel.

IT IS SO ORDERED.

04pc6418.ext.ramirez.oww.wpd

   Dated:   **January 24, 2006**           /s/ Dennis L. Beck
   3c0hj8                                   UNITED STATES MAGISTRATE JUDGE

1

*[Proposed] Order Granting Defendants Extension of Time to File Opposition to Plaintiff's Motion to Compel*