1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  DAVID A. CARRASCO
   Supervising Deputy Attorney General
5  BARBARA A. MORRIS (SBN 137680)
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 322-3870
8   Fax: (916) 324-5205

9  Attorneys for Defendants Gutierrez,
   Mason, Rivera Scribner and Warren
10 SA2005101857

11

12              IN THE UNITED STATES DISTRICT COURT

13             FOR THE EASTERN DISTRICT OF CALIFORNIA

14                         FRESNO DIVISION

15

| **DOMINGO RAMIREZ,** | CASE NO. 1:04-cv-6418-OWW-DLB (PC) |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANTS EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND REQUEST FOR ADMISSIONS** |
| v. | |
| **A.K. SCRIBNER, et al.,** | |
| Defendants. | |

21      **GOOD CAUSE APPEARING**, Defendants' motion for an extension of time in which

22 to respond to Plaintiff's Second Request for Admissions is granted. Defendants have up to and

23 including February 10, 2006, in which to serve their responses.

24

25 30082520  IT IS SO ORDERED.

26      Dated:   January 30, 2006              /s/ Dennis L. Beck
   3c0hj8                                UNITED STATES MAGISTRATE JUDGE
27

28

                                    1
   *Order Granting Defendants Extension of Time to Respond to Plaintiff's Second Request for Admissions*