1   BILL LOCKYER
    Attorney General of the State of California
2   JAMES M. HUMES
    Chief Assistant Attorney General
3   FRANCES T. GRUNDER
    Senior Assistant Attorney General
4   DAVID A. CARRASCO
    Supervising Deputy Attorney General
5   BARBARA A. MORRIS (SBN 137680)
    Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone:  (916) 322-3870
8    Fax:  (916) 324-5205

9   Attorneys for Defendants Gutierrez,
    Mason, Rivera Scribner and Warren
10  SA2005101857

11

12                 IN THE UNITED STATES DISTRICT COURT

13              FOR THE EASTERN DISTRICT OF CALIFORNIA

14                        FRESNO DIVISION

15

16  **DOMINGO RAMIREZ,**                CASE NO. 1:04-cv-6418-OWW-DLB (PC)

17                       Plaintiff,     **ORDER GRANTING DEFENDANTS**
                                        **EXTENSION OF TIME TO SERVE**
18         **v.**                       **RESPONSES TO PLAINTIFF'S SECOND**
                                        **SET OF INTERROGATORIES**
19  **A.K. SCRIBNER, et al.,**

20                       Defendants.

21

22         **GOOD CAUSE APPEARING,** Defendants' motion for an extension of time in which

23  to serve responses to Plaintiff's Second Set of Interrogatories is granted.  Defendants have up to

24  and including February 17, 2006, in which to serve their responses.

25

26

27  30082520 IT IS SO ORDERED.

28  **Dated:   February 3, 2006**              **/s/ Dennis L. Beck**

                                    1

1 | 3c0hj8                                    UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*[Proposed] Order Granting Defendants Extension of Time*
*to Serve Responses  to Plaintiff's Second Set of Interrogatories*