1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   DOMINGO JOSEPH RAMIREZ,            )        1:04-CV-6418 OWW DLB P
                                        )
12        Plaintiff,                    )        ORDER GRANTING EXTENSION OF
                                        )        TIME
13        v.                            )        (DOCUMENT #58)
                                        )
14   A. K. SCRIBNER, et al.,            )
                                        )
15        Defendants.                   )
                                        )
16   _____)

17        Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On

18   February 10, 2006, defendant Scribner filed a motion to extend time to serve responses to plaintiff's

19   second request for admissions.  Good cause having been presented to the court and GOOD CAUSE

20   APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21        Defendant Scribner is granted ten days from the date of service of this order in which to file

22   responses to the second request for admissions.

23        IT IS SO ORDERED.

24   Dated:   March 14, 2006                          /s/ Dennis L. Beck
     3c0hj8                                   UNITED STATES MAGISTRATE JUDGE
25

26

27

28