# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO RAMIREZ, | ) CV F 04 6418 OWW DLB P |
| | ) |
| | ) ORDER DISREGARDING LODGED |
| | ) AMENDED COMPLAINT |
| Plaintiff, | ) |
| v. | ) |
| A.K. SCRIBNER, et.al., | ) |
| | ) |
| Defendants. | ) |

    Plaintiff, is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  On March 8, 2006, the court received an amended complaint from plaintiff.  Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served.  Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires.  Fed. R. Civ. Pro. 15(a). In this case, a responsive pleading has been served.  Therefore, plaintiff may not file an amended complaint without leave of the court.  The amended complaint lodged on March 8, 2006 is therefore disregarded and the Clerk of the Court is directed to return the amended complaint to plaintiff.

    IT IS SO ORDERED.

1

Dated: March 17, 2006                     /s/ Dennis L. Beck
3c0hj8                                    UNITED STATES MAGISTRATE JUDGE