IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DOMINGO RAMIREZ,** | CASE NO. 1:04-cv-06418-OWW-DLB (PC) |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANTS AN EXTENSION OF TIME IN WHICH TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| **A.K. SCRIBNER, et al.,** | |
| Defendants. | |

**GOOD CAUSE APPEARING**, Defendants are granted an extension of time to Wednesday, May 24, 2006, in which to file a motion for summary judgment.

IT IS SO ORDERED.

04pc6418.Ramirez.OrderExtension.wpd

3c0hj8

Dated: April 21, 2006                         /s/ Dennis L. Beck
                                              UNITED STATES MAGISTRATE JUDGE

*[Proposed] Order Granting Defendants an Extension of Time to File a Motion for Summary Judgment*

1