IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DOMINGO RAMIREZ,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**A.K. SCRIBNER, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 1:04-cv-06418-OWW-DLB (PC)<br><br>**[Proposed] ORDER GRANTING SECOND EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

　　　　**GOOD CAUSE APPEARING**, the parties are granted an extension of time to Friday, June 23, 2006, in which to file a motion for summary judgment.

BAM:js
SA2005101857
04pc6418.ext.ramirez.2ndext.prl

IT IS SO ORDERED.

3c0hj8

　　**Dated:**　　**May 25, 2006**　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

*[Proposed] Order Granting Second Extension of Time to File Motion for Summary Judgment*

1