# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DOMINGO RAMIREZ, | ) | CV F 04 6418 OWW DLB P |
| | ) | |
| | ) | ORDER RE PLAINTIFF'S MOTION TO |
| | ) | COMPEL FURTHER RESPONSES TO |
| Plaintiff, | ) | REQUEST FOR PRODUCTION OF |
| | ) | DOCUMENTS AND PLAINTIFF'S MOTION |
| v. | ) | FOR TRANSCRIBED AUDIO TAPES |
| | ) | [DOCS 47, 60] |
| A.K. SCRIBNER, et.al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On January 10, 2006, plaintiff filed a motion to compel further responses to his requests for production of documents. Defendants filed an opposition on February 7, 2006 and plaintiff filed a reply on February 16, 2006. On February 16, 2006, plaintiff also filed a motion requesting that defendants be ordered to transcribe certain audio tapes produced by defendants.

At issue are Plaintiff's First Request for Production of Documents, Request Numbers 5 - 8, 11 and Plaintiff's Supplemental Request for Documents Numbers 3, 4 and 5.

**Plaintiff's First Request for Production of Documents**

In Request Numbers 5 through 8, plaintiff requests audiotaped transcripts of interviews relating to the incident which is the subject of this action. Defendants have provided plaintiff with the actual audiotapes but plaintiff seeks transcripts of the tapes because he does not have the means to transcribe the tapes himself. Plaintiff also states that because he is in the Security Housing Unit, audio tapes and tape machines are contraband and not permitted.

1    Pursuant to Federal Rule of Civil procedure 34(a), a party must produce all specified
2 relevant and non privileged documents or other things which are in his or her "possession,
3 custody or control." Fed.R.Civ.P. 34(a). Ordinarily, the producing party bears the costs of
4 reviewing and gathering the documents while the requesting party pays for the costs of the copies
5 only. Parties must produce the documents or things "as they are kept in the usual course of
6 business." Fed. R. Civ. P. 34(b).
7    Here, it appears that defendants have complied with Rule 34 by producing the tapes as
8 they are kept in the normal course of business. It does not appear the defendants have had the
9 tapes transcribed. Accordingly, if plaintiff wants the tapes produced in transcribed form, he must
10 bear the cost. Within 15 days of this order, defendants shall provide plaintiff with an estimate of
11 the costs of transcribing the tapes. Plaintiff shall forward the estimated costs to defendants
12 counsel and within 15 days of receipt, defendants shall produce the transcription to plaintiff.
13 **Plaintiff's Supplemental Request for Production of Documents**
14    In request number 3 of plaintiff's supplemental request for documents, he seeks,
15 "Fingerprint report and which laboratory tested weapon for fingerprint!" Defendants have
16 responded that they do not believe there is a fingerprint report. Defendants agree to supplement
17 this response should the information change. Defendants' response is sufficient in that the
18 document plaintiff requests does not exist.
19    As to request numbers 4 and 5, it appears that defendants have supplemented their
20 original response and provided plaintiff with diagrams which reflect the measurements he seeks.
21    Based on the foregoing, plaintiff's motion to compel further responses to production of
22 documents is granted in part as set forth herein.
23    IT IS SO ORDERED.
24    Dated:   July 3, 2006                    /s/ Dennis L. Beck
    3b142a                                UNITED STATES MAGISTRATE JUDGE