UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO JOSEPH RAMIREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. K. SCRIBNER, et al.,<br><br>　　　　Defendants. | 1:04-CV-6418 OWW DLB P<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #100) |

　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 10, 2006, plaintiff filed a motion to extend time to file an opposition to the motion for summary judgments filed by defendants. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　Plaintiff is granted thirty days from the date of service of this order in which to submit a reply to the motion for summary judgment.

　　　IT IS SO ORDERED.

**Dated:   October 30, 2006**　　　　　　　**/s/ Dennis L. Beck**
3c0hj8　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE