# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO RAMIREZ, | ) CASE NO.: 1:04-CV-6418 OWW DLB P |
| | ) |
| | ) ORDER STRIKING SURREPLY |
| | ) |
| Plaintiff, | ) (Doc. 126) |
| | ) |
| v. | ) |
| | ) |
| A.K. SCRIBNER, et.al., | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

On July 21, 2006, Defendants filed a motion for summary judgment. (Doc.92). Plaintiff filed an opposition on January 16, 2007, and defendants filed a reply on February 13, 2007. (Docs. 113, 122). Defendants' motion for summary judgment was deemed submitted pursuant to Local Rule 78-230(m) on February 13, 2007. However, on March 9, 2007, Plaintiff filed a surreply. Plaintiff does not have a right to file a surreply under the Local Rules or the Federal Rules of Civil Procedure, and Plaintiff did not obtain leave of court to do so.  Therefore, Plaintiff's surreply is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

Dated:   **October 28, 2008**              /s/ **Dennis L. Beck**
                                                                        UNITED STATES MAGISTRATE JUDGE

1