# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO JOSEPH RAMIREZ, | CASE NO. 1:04-cv-06418-OWW-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| A.K. SCRIBNER, et al., | |
| Defendants. | ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| | (Doc. 130) |

Plaintiff Domingo Joseph Ramirez, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On October 29, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. The parties have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The <u>Findings and Recommendations</u>, filed October 29, 2008, is adopted in full;
2. Plaintiff's motion for summary judgment, filed June 1, 2006, is DENIED;
3. Defendants' motion for summary judgment, filed July 21, 2006, is DENIED IN PART and GRANTED IN PART as follows:
   a. Defendants Mason, Rivera, and Warren's motion for summary adjudication is DENIED:
   b. Defendants Gutierrez and Scribner's motion for summary adjudication is GRANTED and defendants Gutierrez and Scribner are dismissed from this action; and
4. This matter shall be set for trial.

IT IS SO ORDERED.

**Dated:   December 19, 2008**                    /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE