UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO RAMIREZ, | CASE NO. 1:04-cv-06418-OWW-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING MOTION FOR TEMPORARY RESTRAINING ORDER |
| v. | |
| A.K. SCRIBNER, et al., | (Doc. 131) |
| Defendants. | |

Plaintiff Domingo Ramirez, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On December 15, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within fifteen days.  The parties have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 15, 2008, is adopted in full;
2. Plaintiff's motion for a temporary restraining order, filed March 27, 2006, is DENIED.

1  IT IS SO ORDERED.

2  **Dated:   January 29, 2009**                    /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE