# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO JOSEPH RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>A.K. SCRIBNER, et al.,<br><br>Defendants.<br>_____/ | Case No.: 1:04-cv-6418 DLB PC<br><br>ORDER RE MOTION FOR ATTENDANCE OF INCARCERATED WITNESSES<br><br>(Doc. 142) |

Plaintiff Domingo Joseph Ramirez ("plaintiff") is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 16, 2009, Plaintiff filed a motion for the attendance of incarcerated witnesses at trial. (Doc. 142). A telephonic trial confirmation hearing was conducted on April 17, 2009 and the Court issued a Pre-Trial Order on April 23, 2009. Listed as Plaintiff's inmate witnesses are: 1) Inmate Curtis (#H-09068), 2) Inmate Vasquez (#T-25006); and 3) Inmate Vega (#H-57164). (Doc. 150).

Per the Court's Second Scheduling Order, Plaintiff was required to provide the name, address and prison identification number for each incarcerated witness. (Doc. 133, p.2:22-23). With respect to inmate Vasquez, the CDCR number provided by Plaintiff does not match the name provided, and Plaintiff has not provided an address for this witness.

///

///

1

Because Plaintiff has not provided information sufficient to locate this witness, the Court will not issue a subpoena commanding the attendance of Inmate Vasquez at trial.

IT IS SO ORDERED.

Dated: **May 4, 2009**  /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE