# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO JOSEPH RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>A.K. SCRIBNER, et. al.,<br><br>Defendants. | CASE NO. 1:04-cv-06418 DLB PC<br><br>NOTICE AND ORDER THAT **INMATE PARNEL CURTIS, CDC #H-09068,** IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

This matter was set for jury trial commencing May 27, 2009. On May 27, 2009, prior to trial, this parties reached a settlement.

Accordingly, Inmate Parnel Curtis, CDC #H-09068, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: May 27, 2009

UNITED STATES MAGISTRATE JUDGE

1