**FILED**



MAY 27 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO JOSEPH RAMIREZ, | CASE NO. 1:04-cv-06418 DLB PC |
| Plaintiff, | NOTICE AND ORDER THAT **INMATE VEGA, CDC #H-57164,** IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| A.K. SCRIBNER, et. al., | |
| Defendants. | |

This matter was set for jury trial commencing May 27, 2009. On May 27, 2009, prior to trial, this parties reached a settlement.

Accordingly, Inmate Vega, CDC #H-57164, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: May 27, 2009

_____
UNITED STATES MAGISTRATE JUDGE

1