

FILED

MAY 27 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO JOSEPH RAMIREZ,<br><br>    Plaintiff,<br><br>v.<br><br>A.K. SCRIBNER, et. al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:04-cv-06418 DLB PC<br><br>NOTICE AND ORDER THAT PLAINTIFF **DOMINGO RAMIREZ, CDC #D-44841** IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

This matter was set for jury trial commencing May 27, 2009. On May 27, 2009, prior to trial, this parties reached a settlement.

Accordingly, Plaintiff Domingo Joseph Ramirez, CDC #D-44841, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

Pursuant to the terms of the settlement, Plaintiff is to be transferred to Mule Creek State Prison.

DATED: May 27, 2009

UNITED STATES MAGISTRATE JUDGE

1