# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO RAMIREZ, | CASE NO. 1:04-cv-06418- DLB PC |
| Plaintiff, | ORDER DISMISSING ACTION PURSUANT TO STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE |
| v. | |
| A. K. SCRIBNER, et al., | |
| Defendants. | |

The parties have filed a stipulation for voluntary dismissal of this entire action with prejudice, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This action is HEREBY ORDERED DISMISSED with prejudice.

IT IS SO ORDERED.

Dated:   **October 13, 2009**                              **/s/ Dennis L. Beck**
                                                                            UNITED STATES MAGISTRATE JUDGE

1